## AMERICAN GUILD OF VARIETY ARTISTS v. SMITH, DBA SMITH ENTERTAINMENT AGENCY ET AL.

No. 808. Decided April 18, 1966.

*William Power Maloney* for petitioner.

*Jerome G. Raidt* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for further proceedings in light of *United Mine Workers of America* v. *Gibbs,* 383 U. S. 715.

MR. JUSTICE DOUGLAS dissents.

## ENGLE v. KERNER ET AL.

No. 1067. Decided April 18, 1966.

PER CURIAM.

The appeal is dismissed.